IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-0998 |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | Judge Gary L. Lancaster |
| INTERNATIONAL BROTHERHOOD OF | ) | |
| TEAMSTERS, TEAMSTERS LOCAL 249, | ) | |
| DAVID ZIMMERMAN, CATHY CLINE, | ) | |
| and ROCCO DeFILLIPO | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW this 31st day of October, 2006, upon consideration of

Plaintiff's Motion to Extend Time to File Response to Defendant International Brotherhood of

Teamsters' Motion to Dismiss and to Reset Briefing Schedule, to which Defendant International

Brotherhood of Teamsters has consented, it is hereby ORDERED, ADJUDGED and DECREED

that Plaintiff's Motion is GRANTED.  Plaintiff's response and brief or memorandum in

opposition to Defendant International Brotherhood of Teamsters' Motion to Dismiss is due to be

filed on or before November 3, 2006 and any reply of Defendant International Brotherhood of

Teamsters is due to be filed on or before November 13, 2006.  The Status Conference of October

27, 2006 will now be held on Monday, November 20, 2006 at 11:00 a.m.

_____
Gary L. Lancaster, United States District Judge