UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. CAMPBELL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | Case No. 2:06-cv-00998 |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF TEAMSTERS, TEAMSTERS | ) | |
| LOCAL 249, DAVID ZIMMERMAN, | ) | Judge Gary L. Lancaster |
| CATHY CLINE and ROCCO | ) | |
| DEFILLIPO, | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

Upon consideration of the Motion to Compel Answers to Interrogatories and Response to Request for Production of Documents Propounded by Defendants, Teamsters Local 249 and Rocco DeFillipo (sic), and for Sanctions, **IT IS HEREBY ORDERED** that plaintiff serve upon the parties his Answers to Interrogatories and Response to Request for Production of Documents propounded by said defendants  by April 16, 2007.

Plaintiff's failure to comply with this Order may result in more severe sanctions, including dismissal of the action.

Gary L. Lancaster
United States District Judge

DATED: 4-5-07