IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. CAMPBELL, | ) | Case No.: 2:06-cv-00998 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF TEAMSTERS, TEAMSTERS | ) | |
| LOCAL 249, DAVID ZIMMERMAN | ) | |
| CATHY CLINE, and ROCCO DEFILLIPO, | ) | |
| Defendants. | | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James P. Campbell, by his undersigned counsel, pursuant to Rule 41(a)(1)(ii), hereby voluntarily dismisses with prejudice Defendants Teamsters Local 249 and Rocco DeFillipo from this action. All parties who have appeared in this action consent to this stipulation, as evidenced by their signatures below.

Respectfully submitted,

/s/Lois E. Glanby
Lois Glanby
PA ID #80784
Robert M. Owsiany
PA ID #35124
Law Offices of Lois Glanby
152 Highland Drive
McMurray, PA 15317
724-942-524
rowsiany@glanbylawfirm.com
Council for Plaintiff Campbell

/s/Ernest B. Orsatti
Ernest B. Orsatti
PA ID #19891
Jubelirer, Pass & Intrieri
219 Fort Pitt Boulevard
Pittsburgh, PA 15222
412-218-3850
412-281-1985 (fax)
ebo@jpilaw.com
counsel for Defendants International
Brotherhood of Teamsters,
Teamsters Local 249 and
Rocco DeFillipo

| | |
|---|---|
| /s/Edward M. Gleason | /s/David J. McAllister |
| Edward M. Gleason | David J. McAllister |
| PA ID #56366 | PA ID #91449 |
| International Brotherhood of Teamsters | Reed Smith, LLP |
| Legal Department | 435 Sixth Avenue |
| 25 Louisiana Avenue, NW | Pittsburgh, PA  15219 |
| Washington, DC 20001 | 412-288-3058 |
| 202-624-6948 | 412-288-3846 (fax) |
| 202-624-6884 (fax) | dmcallister@reedsmith.com |
| egleason@teamster.org | Counsel for Defendants |
| Counsel for former Defendant International | United Parcel Service, Inc., |
| Brotherhood of Teamsters | David Zimmerman and |
| | Cathy Cline |

Dated:  April 20, 2007

SO ORDERED, this  23  day of April, 2007.

_____